ELLEN MEDLIN RICHMOND (CA 277266)
DANIEL FRANZ (*pro hac vice*)
DEFENDERS OF WILDLIFE
600 17th Street
Suite 450N
Denver, CO 80202
Telephone: 720-943-4284
erichmond@defenders.org
dfranz@defenders.org

*Attorneys for Plaintiff Defenders of Wildlife*

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE,<br><br>                  Plaintiff,<br><br>  vs.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>                  Defendant. | Case No. 2:25-cv-00045-DAD-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JUNE 9, 2025 SCHEDULING ORDER** |

       This stipulation relates to the June 9, 2025 scheduling orders entered in related cases *Defenders of Wildlife v. U.S. Fish and Wildlife Service* (2:25-cv-00045-DAD-CKD) and *Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.* (2:24-cv-3756-DAD-CKD). The scheduling orders were entered as ECF 21 in case no. 2:24-cv-3756 and ECF 18 in case no. 2:25-cv-45.

       After reviewing the orders and conferring, the parties respectfully request to modify the scheduling orders, with the Court's approval, and hereby STIPULATE as follows:

       1.     Section V of each scheduling order directs the parties to notice their respective cross-motions for summary judgment on a date no more than 60 days from filing. However, in light of the other dates set forth in that section, this timing would result in these cases being heard

before briefing is complete. Accordingly, the parties stipulate and request that the cross-motions be noticed for hearing on the court's civil motion calendar on **March 2, 2026,** following the submission of the briefs and joint appendix.

2. Sections VI through VIII of each scheduling order address pretrial and trial procedures. The parties stipulate, and respectfully suggest, that these procedures will not be necessary because—as noted in Section IV of each scheduling order—these are administrative record review actions under the Endangered Species Act and Administrative Procedure Act, the merits of which will be decided on summary judgment. Accordingly, the parties stipulate and respectfully request relief from the April 13, 2026 final pretrial conference and June 12, 2026 bench trial dates set forth in the scheduling orders.

In light of the foregoing, IT IS HEREBY STIPULATED between the parties, subject to the Court's approval, that (1) the June 9, 2025 scheduling order be amended to provide that cross-motions for summary judgment be noticed for hearing on **March 2, 2026**; and that (3) the April 13, 2026 final pretrial conference and June 12, 2026 bench trial dates set forth in the scheduling orders be vacated.

//
//
//
//
//
//
//
//
//
//
//
//

2 – Stip. & [Proposed] Order re Scheduling

Dated: June 19, 2025

| | |
|---|---|
| /s/ *Ellen Medlin Richmond* | /s/ *Sara M. Warren* |
| ELLEN MEDLIN RICHMOND (CA 277266) | ADAM R.F. GUSTAFSON |
| DANIEL FRANZ (*pro hac vice*) | Acting Assistant Attorney General |
| DEFENDERS OF WILDLIFE | U.S. Department of Justice |
| 600 17th Street | Environment & Natural Resources Division |
| Suite 450N | MEREDITH L. FLAX, Deputy Section Chief |
| Denver, CO 80202 | NICOLE M. SMITH, Assistant Section Chief |
| Telephone: 720-943-4284 | |
| erichmond@defenders.org | SARA M. WARREN, Trial Attorney |
| dfranz@defenders.org | (GA Bar 966948) |
| | Wildlife & Marine Resources Section |
| *Attorneys for Plaintiff Defenders of Wildlife* | P.O. Box 7611, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel (202) 307-1147 |
| | Fax (202) 305-0275 |
| | Sara.Warren@usdoj.gov |
| | |
| | *Attorneys for Defendant U.S. Fish and Wildlife Service* |

## **[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, it is SO ORDERED.

Dated: _____   _____

                                                            Hon. Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE