United States District Court
Eastern District of California

| | |
|---|---|
| Defenders of Wildlife<br>Plaintiff(s)<br><br>V.<br><br>U.S. Fish and Wildlife Service<br>Defendant(s) | Case Number: 2:25-cv-0045-DAD-CKD<br><br>APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ryan Adair Shannon hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defenders of Wildlife

On 11/12/2015 (date), I was admitted to practice and presently in good standing in the Oregon State Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/18/2026 Signature of Applicant: /s/ Ryan Adair Shannon

**Pro Hac Vice Attorney**

Applicant's Name: Ryan Adair Shannon

Law Firm Name: Defenders of Wildlife

Address: 2009 NE Alberta St. #207

City: Portland State: OR Zip: 97211

Phone Number w/Area Code: (503) 899-0663

City and State of Residence: Portland, OR

Primary E-mail Address: rshannon@defenders.org

Secondary E-mail Address: ryshannon@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jane Davenport

Law Firm Name: Defenders of Wildlife

Address: 1130 17th St. NW

City: Washington State: DC Zip: 20036

Phone Number w/Area Code: (202) 772-3274 Bar # 193275

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 24, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT